**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Luis Enrique SERVIN–OJEDA,**
**Defendant—Appellant.**

**No. 04–10659.**

United States Court of Appeals,
Ninth Circuit.

Submitted April 5, 2006.*

Decided April 10, 2006.

John Joseph Tuchi, USPX–Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Donald W. MacPherson, Esq., The MacPherson Group, PC, Glendale, AZ, for Defendant–Appellant.

Before: HAWKINS, MCKEOWN and PAEZ, Circuit Judges.

MEMORANDUM **

Luis Enrique Servin–Ojeda appeals from his guilty-plea conviction and the 44–month sentence imposed for transportation of illegal aliens, in violation of 8 U.S.C. § 1324(a)(1)(A)(ii) and (a)(1)(B)(iii).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493

(1967), counsel for Servin–Ojeda has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. Servin–Ojeda has not filed a pro se supplemental brief.

We dismiss in light of the valid appeal waiver. *See United States v. Nguyen,* 235 F.3d 1179, 1182 (9th Cir.2000) (stating that an appeal waiver is valid when it is entered into knowingly and voluntarily); *see also United States v. Cardenas,* 405 F.3d 1046, 1048 (9th Cir.2005) (holding that the changes in sentencing law imposed by *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), did not render waiver of appeal involuntary and unknowing).

Counsel's motion to withdraw is **GRANTED**.

The appeal is **DISMISSED**.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.